UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 08-22884-CIV-SEITZ/O'SULLIVAN

SILVIA CUBIDES,
ANGELA MARIA GUERRA,
GABRIELA BENAVIDES and
LILIANA ROBLEDO,
    Plaintiffs,

vs.

NIAGARA CLEANING SERVICES, INC.,
    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the issue of attorney's fees and costs to be received by the plaintiff's counsel. Having been advised that the parties have reached an agreement on this issue, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, February 20, 2009**, at **11:00 a.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the reasonableness of counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties are permitted to appear telephonically.**

DONE AND ORDERED in Chambers at Miami, Florida this **17th** day of February, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record